**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

RODOLFO QUINTANA-ISLAS,

                Petitioner,

    v.

CRAIG LOWE, et al.,

                Respondents.

CIVIL ACTION NO. 3:26-CV-01283

(MEHALCHICK, J.)

## ORDER

**AND NOW**, this 29th day of May 2026, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that Rodolfo Quintana-Islas's ("Quintana-Islas") petition for writ of habeas corpus is **GRANTED**. (Doc. 1). The Court **ORDERS** Respondent Craig Lowe ("Lowe") to release Quintana-Islas from custody. Lowe is barred from re-detaining Quintana-Islas under § 1225(b)(2)(A) absent a material change in circumstances. Quintana-Islas may move to reopen this matter if Lowe seeks to detain him under § 1226(a) and fails to schedule a timely bond hearing. The Clerk of Court is directed to close this matter.

                **BY THE COURT:**

                *s/ Karoline Mehalchick*
                **KAROLINE MEHALCHICK**
                **United States District Judge**